

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**WESTERN DISTRICT OF TENNESSEE**

**Case #** 04-20281

**Styled:** USA v. Danny Winberry
Order

# A SEALED DOCUMENT WAS FILED

This docume... with Rule 55 and... ...cket sheet in compliance

**Document #** 76

# Notice of Distribution

This notice confirms a copy of the document docketed as number 76 in case 2:04-CR-20281 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Honorable Bernice Donald
US DISTRICT COURT